**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

EDWARD D. HOWERTON                                                                                    PLAINTIFF

V.                                         NO: 3:13CV00199 JLH/HDY

JOHN CAWLEY *et al.*                                                                                DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

>hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Edward D. Howerton filed a *pro se* complaint on September 6, 2013. On January 10, 2014, the Court entered an order scheduling this case for an evidentiary hearing on May 13, 2014 (docket entry #16). That same order directed Plaintiff to file a list of proposed witnesses, along with a brief summary of the substance of their testimony, no later than February 10, 2014. The order also warned Plaintiff that his failure to respond could result in the dismissal of his complaint.

Plaintiff did not file his proposed witness list as directed, and, on February 25, 2014, Plaintiff was ordered to file his proposed witness list within 30 days, and was warned that his failure to do so would result in the recommended dismissal of his complaint (docket entry #18). Although more than 30 days have passed, Plaintiff has not responded, and mail sent to his address of record has been returned as undeliverable (docket entries #19 & #24). Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed for failure to prosecute, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure

to prosecute, and exercise of that power is reviewed for abuse of discretion). In light of this recommendation, Defendants' motion to compel (docket entry #21) should be denied as moot.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. Defendants' motion to compel (docket entry #21) be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  2   day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE