IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD D. HOWERTON                                                                                          PLAINTIFF

v.                                           NO. 3:13CV00199 JLH

JOHN CAWLEY, *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. Defendants' motion to compel (docket entry #21) is DENIED AS MOOT.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of April, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE