# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EDWARD D. HOWERTON                                                                                    PLAINTIFF

v.                                        NO: 3:13CV00199 JLH

JOHN CAWLEY, *et al.*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE